COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Rodney Milum v. The State of Texas

Appellate case number:    01-13-01027-CR

Trial court case number:  1347034

Trial court:               184th District Court of Harris County

On June 30, 2014, Rodney Milum filed a document in response to the *Anders* brief filed by his appointed appellate attorney, Melissa Martin. To the extent the document complains of the contents of the *Anders* brief, we will construe it as appellant's response and take his arguments into consideration.

We also construe the document as a motion for new counsel, as it requests "another appointed lawyer to represent me as it pleases the courts." The motion is **DENIED**. There is no right to choice of court-appointed counsel. *See King v. State*, 29 S.W.3d 556, 566 (Tex. Crim. App. 2000); *Bunton v. Harmon*, 827 S.W.2d 945, 949 (Tex. Crim. App. 1992).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☒ Acting individually     ☐ Acting for the Court

Date:  July 8, 2014